General. *Perry Shatkin*, Chief Legal Officer (Taxation), for respondent.

M. P. No. 79-281. KAZAR ARAMIAN *et al. v.* CITY OF PROVIDENCE *et al.* The petition for writ of certiorari is denied. *Edward John Mulligan*, for petitioners. *John Rotondi, Jr.*, Deputy City Solicitor, *Gerald G. Norigian*, Assistant City Solicitor, *Lavine, Sutherland and DiGianfilippo, Ltd., Joseph DiGianfilippo*, for respondents.

M. P. No. 79-318. ABRAHAM GOLDSTEIN *v.* BETTY PETRARCA. The petition for writ of certiorari and request for restraining order are denied. *Foster N. Acton*, for petitioner. *Alan H. Pearlman*, for respondent.

September 20, 1979.

M. P. No. 79-125. WATCH HILL FIRE DISTRICT *v.* ANTHONY GIORDANO *et al.* The petition for writ of certiorari is granted.

Mr. Chief Justice Bevilacqua did not participate. *Edwards & Angell, Timothy T. More*, for petitioner. *John J. Gentile, Jr.*, Assistant Town Solicitor, for respondents.

M. P. No. 79-250. PAWTUCKET TEACHERS' ALLIANCE, LOCAL 930 *v.* SCHOOL COMMITTEE OF THE CITY OF PAWTUCKET. The petition for writ of certiorari is denied.

Mr. Chief Justice Bevilacqua did not participate. *Abedon, Stanzler, Biener, Skolnik and Lipsey, Richard A. Skolnik, Lynette Labinger*, for petitioner. *Higgins, Cavanagh & Cooney, Joseph F. Cavanagh*, for respondent.

M. P. No. 79-295. DONALD OKONIEWSKI *v.* BOARD OF REVIEW, RHODE ISLAND DEPARTMENT OF EMPLOYMENT SECURITY. The petition for writ of certiorari is denied.

Mr. Chief Justice Bevilacqua did not participate. *Mortimer C. Newton*, for petitioner.

September 27, 1979.

M. P. No. 79-173. IN THE MATTER OF ERNEST B. The petition for writ of certiorari is denied as moot.